Decided March 23, 1999

NOEL ROY, TRUSTEE, ET AL. *v.*
JOSEPH H. BEILIN ET AL.

The named defendant's petition for certification for
appeal from the Appellate Court (AC 18383) is dis-
missed.

*Brian E. Lambeck* and *James A. Curran*, in support of the petition.

*Christopher K. Leonard*, in opposition.

Decided March 23, 1999